IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JEKYLL ISLAND-STATE PARK AUTHORITY,<br><br>  Plaintiff,<br><br>v.<br><br>POLYGROUP MACAU LIMITED,<br><br>  Defendant. | Civil Action No. 2:21-cv-8-LGW-BWC |

## ORDER

The Court, having read and considered Plaintiff Jekyll Island-State Park Authority's Consent Motion for Leave to File Exhibits by Alternative Means, it is hereby ORDERED that the Consent Motion is GRANTED and that Plaintiff may send the exhibits and supporting attachments to Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative to Partially Dismiss for Failure to State a Claim, or, in the Alternative, Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Dismiss and Plaintiff's Motion for Limited Discovery (Dkt. 17) to the Court Clerk by email.

So ordered, this 20 day of August, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA