# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV221-8**  DATE **01/13/2022**

TITLE **Jekyll Island-State Park Authority v. Polygroup Macau Limited**

TIMES **10:01 - 10:43**  TOTAL **42 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Katrina Quicker<br>Kathryn A. Vance | Virginia L. Carron<br>Robert Wright<br>Brian Tanner | |

PROCEEDINGS : **Motion Hearing - Default Judgment**   ☑ In Court   ☐ In Chambers

**Case called for hearing on motion to dismiss at Dkt. 10.**
**Defense 10:04 - 10:17**
**Plaintiff 10:17 - 10:35**
**Defense 10:36 - 10:42**
**Record is open for an additional 7 days for any follow up briefing.**

(Rev 7/2003)  GENERAL CLERK'S MINUTES