# In the United States District Court for the Southern District of Georgia Brunswick Division

JEKYLL ISLAND-STATE PARK AUTHORITY,

    Plaintiff,

v.

POLYGROUP MACAU LIMITED,

    Defendant.

CV 2:21-008

## ORDER

Before the Court is the parties' consent motion to set deadlines for Defendant Polygroup Macau Limited to file a renewed motion to dismiss. Dkt. No. 45. The motion is **GRANTED in part and DENIED in part.**

Defendant shall have until June 3, 2022 to file its renewed motion to dismiss. Plaintiff's response shall be due **fourteen days** from the filing of the renewed motion to dismiss, and Defendant's reply, if any, shall be due **fourteen days** from the filing of Plaintiff's response.

**SO ORDERED**, this 24 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA