IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JEKYLL ISLAND-STATE PARK AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> POLYGROUP MACAU LIMITED, <br><br> Defendant. | CIVIL ACTION FILE NO. 2:21-cv-8 |

### PLAINTIFF'S MOTION TO STRIKE OR DISREGARD ERIC SZWEDA'S ERRATA SHEET OR, IN THE ALTERNATIVE, TO STRIKE OR DISREGARD PORTIONS THEREOF

Plaintiff Jekyll Island-State Park Authority ("Jekyll") respectfully moves the Court to enter an order striking or disregarding the errata sheet of Eric Szweda, the Rule 30(b)(6) deponent for Defendant Polygroup Macau Limited. Alternatively, Jekyll respectfully moves the Court to enter an order striking or disregarding portions of the errata sheet. The facts and arguments in support of said motion are set forth in Plaintiff's Brief in Support of Its Motion to Strike or Disregard Eric Szweda's Errata Sheet or, in the Alternative, to Strike or Disregard Portions Thereof, filed contemporaneously herewith.

WHEREFORE, Jekyll respectfully requests the Court enter an order striking or disregarding Mr. Szweda's entire errata sheet or, alternatively, striking or disregarding the subject portions thereof as fully identified in the attached proposed Order (*see* Ex. 6).

Respectfully submitted 19th day of July, 2022.

CHRISTOPHER M. CARR<br>
Attorney General<br>
Georgia Bar No. 112505

JULIE ADAMS ACOBS
Deputy Attorney General
Georgia Bar No. 003595

ALKESH PATEL
Senior Assistant Attorney General
Georgia Bar No. 583627

*/s/Kathryn A. Vance*
Katrina M. Quicker
Special Assistant Attorney General
Georgia Bar No. 590859
Kathryn A. Vance
Georgia Bar No. 783480
QUICKER LAW, LLC
Two Ballpark Center
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
T: 678-750-0451
F: 470-533-1182
kquicker@quickerlaw.com
kvance@quickerlaw.com

*Attorneys for Plaintiff*
*Jekyll Island State-Park Authority*

## **CERTIFICATE OF SERVICE**

I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 19th day of July, 2022.

*/s/Kathryn A. Vance*
Kathryn A. Vance
Georgia Bar No. 783480
QUICKER LAW, LLC
Two Ballpark Center
800 Battery Avenue SE, Suite 100
Atlanta, GA 30339
T: 678-750-0451
F: 470-533-1182
kvance@quickerlaw.com
