# EXHIBIT 1

| From: | cs-atl@veritext.com |
|---|---|
| To: | Katie Vance |
| Subject: | File(s) for: Jekyll Island-State Park Authority v Polygroup Macau Limited; Witness(es): 30(b)(6) Polygroup Macau Limited- Eric Szweda; Assignment #5230450 |
| Date: | Tuesday, May 31, 2022 7:43:54 AM |

Veritext Confirmation



| Files | |
|---|---|
| 05162022_33304885 | Click here to download |

Thank you for choosing Veritext. Please find the files you requested herein.* They may be provided in multiple file formats for your convenience. If you have requested a hard copy of the transcript and/or exhibits, you will receive them shortly.

Transcripts and/or Exhibits are also available online at MyVeritext.

Secure and easy-to-use, we encourage you to take advantage of the MyVeritext client portal (formerly VIP21) to:

- Access, search and download your transcripts and exhibits 24 x 7.
- View, schedule or modify a new deposition assignment, case event or related meeting - and receive instant e-mail confirmation.
- Sign into and participate in Veritext Virtual remote depositions.
- Take it with you wherever you go - it's mobile friendly!

**To request your individual log-in, go to www.veritext.com/myveritext and complete the online form.** Your unique individual log-in is private, and complies with all HIPAA and PII standards to ensure data security.

Should you need further assistance, you may   **REPLY TO THIS E-MAIL**   or call 800.808.4958. Thank you again for choosing Veritext.

Your Veritext Team



* PLEASE NOTE: For data security purposes, the above direct hyperlink(s) to your files will expire in 30 days (Of course, you can always retrieve them any time on MyVeritext)

Copyright © 2000-2015 Veritext Corp. All Rights Reserved.

This electronic mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.