# EXHIBIT 2

| | |
|---|---|
| **From:** | Daniel, Valencia |
| **To:** | cs-atl@veritext.com; Katrina Quicker; kbradberry@bakerlaw.com; Katie Vance |
| **Cc:** | Carron, Virginia; Wright, Gordon; Ward, Trenton |
| **Subject:** | Jekyll Island-State Park Authority v. Polygroup Macau Limited - E. Szweda Deposition Errata |
| **Date:** | Tuesday, July 5, 2022 1:15:59 PM |
| **Attachments:** | image001.png<br>30b6PolygroupMacauLimited-EricSzweda_Errata.pdf |

Counsel,

Please find attached the errata for Eric Szweda's deposition.

Regards,
Valencia

**Valencia Daniel**
Senior Litigation Legal Assistant
*Pronouns: she, her, hers*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
271 17th Street, NW, Suite 1400, Atlanta, GA 30363-6209
404 653 6568 | fax: 404 653 6444 | valencia.daniel@finnegan.com | www.finnegan.com

FINNEGAN

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This electronic mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.