# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **JEKYLL ISLAND-STATE PARK AUTHORITY,**<br><br>          Plaintiff,<br><br>     v.<br><br>**POLYGROUP MACAU LIMITED**,<br><br>          Defendant. | CIVIL ACTION FILE NO. 2:21-cv-8 |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE OR DISREGARD
ERIC SZWEDA'S ERRATA SHEET OR, IN THE ALTERNATIVE,
TO STRIKE OR DISREGARD PORTIONS THEREOF**

This matter comes before the Court on Plaintiff Jekyll Island-State Park Authority's Motion to Strike or Disregard Eric Szweda's Errata Sheet or, in the Alternative, to Strike or Disregard Portions Thereof. Finding that good cause has been shown, the Court hereby GRANTS Plaintiff's Motion, and strikes the following portions of Mr. Szweda's errata sheet:

1. Addition at pinpoint cite 57:21-22
2. Addition at pinpoint cite 62:24
3. Addition at pinpoint cite 66:10
4. Addition at pinpoint cite 85:15
5. Addition at pinpoint cite 88:20
6. Change at pinpoint cite 98:23
7. Addition at pinpoint cite 99:13

8. Addition at pinpoint cite 137:13

9. Addition at pinpoint cite 210:3

IT IS SO ORDERED this ___ day of _____, 2022.

                                                                                   _____
Lisa Godbey Wood
United States District Judge
Southern District of Georgia