AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEKYLL ISLAND-STATE PARK AUTHORITY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:21-cv-008

POLYGROUP MACAU LIMITED,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 24, 2023, Defendant's renewed motion to dismiss for lack of personal jurisdiction is granted, and Plaintiff's claims are dismissed without prejudice. Additionally, Plaintiff's request for sanctions is denied. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 27, 2023

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020